Margaret L. Fitzgerald, an Infant, by James C. Butler, Her Guardian ad Litem, Appellant, v. Syracuse Rapid Transit Railway Company, Respondent.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., not sitting, and Kruse, J., who dissented.

Charles Parks, Appellant, v. William Allen, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

Charles H. Jordan, as Administrator, etc., Respondent, v. The Erie Railroad Company, Appellant.— Motion to amend decision denied, without costs.